No. 88–132.   SCOTT ET AL. *v.* DEMENNA.   C. A. 11th Cir. Certiorari denied.

No. 88–133.   MCCARRON *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88–134.   THARP *v.* THARP.   Ct. App. Wash.   Certiorari denied.

No. 88–135.   DESIMONE ET UX. *v.* BOVE.   C. A. 3d Cir.   Certiorari denied.

No. 88–136.   HORNER *v.* TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 88–138.   LIBERIS ET AL. *v.* CRAIG, TRUSTEE IN BANKRUPTCY.   C. A. 6th Cir.   Certiorari denied.

No. 88–140.   COUSINS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–142.   ESTATE OF PAYNE, BY PAYNE, PERSONAL REPRESENTATIVE *v.* GRANT COUNTY COURT ET AL.   Ct. App. Ind. Certiorari denied.

No. 88–143.   CITY OF PHILADELPHIA ET AL. *v.* CONCERNED CITIZENS OF BRIDESBURG ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–144.   SYRE *v.* PENNSYLVANIA ET AL.   C. A. 3d Cir. Certiorari denied.

No. 88–145.   DIXON *v.* PENROD DRILLING CO.   C. A. 5th Cir. Certiorari denied.

No. 88–149.   SUMMA CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC.   Sup. Ct. Del.   Certiorari denied.

No. 88–151.   MANZO *v.* MANZO.   Ct. Sp. App. Md.   Certiorari denied.

No. 88–154.   BYRD, DBA KILGORE REAL ESTATE *v.* GARDINIER, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.